# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL G. HARSHAW<br><br>    Plaintiff,<br><br>    v.<br><br>JACOB J. LEW, Secretary, Department of the Treasury,<br><br>    Defendant. | Case No. 1:16-cv-00963-AWI-SKO<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. 2) |

By motion filed July 6, 2016, Plaintiff Cheryl G. Harshaw seeks to proceed *in forma pauperis*. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

Accordingly, the Court GRANTS Plaintiffs' motion to proceed *in forma pauperis*. The Clerk of Court shall not issue new case documents until the Court has screened the complaint.

IT IS SO ORDERED.

Dated:   **April 6, 2017**                              /s/ *Sheila K. Oberto*
                                                         UNITED STATES MAGISTRATE JUDGE

1