# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL G. HARSHAW,<br><br>    Plaintiff,<br><br>v.<br><br>JACOB J. LEW, SECRETARY,<br>DEPARTMENT OF THE TREASURY,<br><br>    Defendant.<br>_____/ | Case No. 1:16-cv-00963-AWI-SKO<br><br>**ORDER DIRECTING SERVICE BY THE UNITED STATES MARSHALS SERVICE WITHOUT PREPAYMENT OF COSTS**<br><br>**(Docs. 7 & 8)** |

The Court previously found service of the complaint appropriate. (Doc. 7.) Accordingly, pursuant to Federal Rule of Civil Procedure 4(c), it is HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward the following documents to the United States Marshals Service:

    (1) One completed and issued summons;

    (2) One completed USM−285 form;

    (3) One copy of the First Amended Complaint filed on August 10, 2016, plus an extra copy for the Marshals Service;

    (4) One copy of this order, plus an extra copy for the Marshals Service.

2. Within ten (10) days from the date of this order, the Marshals Service is directed to

notify the defendant of the commencement of this action and to request a waiver of service in accordance with the provisions of Fed. R. Civ. P. 4(d) and 28 U.S.C. § 566(c).

3. The Marshals Service shall file returned waiver of service as well as any request for a waiver of service that is returned as undelivered as soon as it is received.

4. If a waiver of service is not returned by the defendant within sixty (60) days of the date of mailing the request for waiver, the Marshals Service shall:

   a. Personally serve process and a copy of this order upon the defendant pursuant to Rule 4 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c); and

   b. Within ten (10) days after personal service is effected, the Marshals Service shall file the return of service for the defendant, along with evidence of any attempts to secure a waiver of service of process and of the costs subsequently incurred in effecting service on said defendant. Said costs shall be enumerated on the USM−285 form and shall include the costs incurred by the Marshals Service for photocopying additional copies of the summons and complaint and for preparing new USM−285 forms, if required. Costs of service will be taxed against the personally served defendant in accordance with the provisions of Fed. R. Civ. P. 4(d)(2).

5. **If the defendant waives service, he/she is required to return the signed waiver to the Marshals Service. The filing of an answer or a responsive motion does not relieve defendant of this requirement, and the failure to return the signed waivers may subject defendant to an order to pay the costs of service pursuant to Fed. R. Civ. P. 4(d)(2).**

IT IS SO ORDERED.

Dated: **June 13, 2017** /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE